No. 90–1504. PIERCE COUNTY DISTRICT COURT PROBATION OFFICE ET AL. *v.* WARNER. C. A. 9th Cir. Certiorari denied.

No. 90–1522. 640 BROADWAY RENAISSANCE CO. *v.* CUOMO, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1545. MOSS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1547. RUSCITTI ET AL. *v.* NUCKOLS. Ct. App. Colo. Certiorari denied.

No. 90–1585. HANSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1618. KINGSTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–1633. PHILLIPS *v.* CITY OF MARTINEZ, CALIFORNIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–5392. KANEKOA ET AL. *v.* CITY AND COUNTY OF HONOLULU ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6656. SPELL *v.* LOUISIANA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 90–6874. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6926. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6929. DUNCAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6940. GONZALEZ-LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7069. BROWN, AKA JOHNSON *v.* CRAWFORD. C. A. 11th Cir. Certiorari denied.

No. 90–7070. FELDER *v.* HUFFMAN ET AL. C. A. 4th Cir. Certiorari denied.